### OLIVIER P. NORMAND *v.* ELMIRÈ BARBIN, Administratrix.

An action was instituted against the administratrix of a deceased person who, during his lifetime had been the tutor of minor children, to make the succession liable for board of the minors:

*Held* :—That the debt was not the debt of the tutor, but the debt of the minors ; that the action should have been brought against the tutor, and if no new tutor had been appointed, the plaintiff should have asked for the appointment of a *tutor ad hoc,* to represent the minors in his suit.

APPEAL from the District Court, Parish of Avoyelles, *Cullom, J. Waddill & Barbin,* for appellant.    *Cullom & Thorpe,* for appellee.

The facts are stated in the opinion of the Court.

HYMAN, C. J. The minors, Celina, Emile, Adolph, and Camile Rebouché, became indebted for board to Mrs. Pierre Normand, during the time that Joseph P. Normand was their tutor.

Joseph P. Normand died, and Mrs. Pierre Normand transferred her claim against said minors to plaintiff, who brought suit against Elmire Barbin as the administratrix of the succession of of Joseph P. Normand, deceased, to recover from her, as administratrix, the amount of the claim and interest.

The District Judge rendered judgment against the administratrix for the claim, with interest, condemning her to pay the same in due course of administration of said succession.

From this judgment she has appealed.

It is clear that the claim sued on is owing by the minors alone, and that the succession of Joseph P. Normand is not liable to be sued for the debt of the minors.

The action should have been brought against their tutor, or if no tutor had been appointed for them after the death of Joseph P. Normand, plaintiff should have asked that a tutor ad hoc be appointed for them, against whom plaintiff should have instituted his suit. See C. P. 115, 116, 964.

It is ordered, adjudged and decreed, that the judgment of the lower Court be reversed.

It is further decreed, that there be judgment in favor of the defendant.

It is further decreed that plaintiffs pay all the costs incurred in this suit.